IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| JERRY MCLEOD, | * |
| Plaintiff, | * |
| v. | Case No. 7:22-CV-81 (HL) |
| | * |
| TRACY CHAPMAN, | |
| | * |
| Defendant. | |
| | * |

## **J U D G M E N T**

Pursuant to this Court's Order dated October 6, 2022, and for the reasons stated therein, JUDGMENT is hereby entered dismissing this case. Plaintiff shall recover nothing of Defendant.

This 6th day of October, 2022.

David W. Bunt, Clerk

s/ Kathleen S. Logsdon, Deputy Clerk